**Order entered April 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01470-CV

**HEALTHSOUTH REHABILITATION HOSPITAL OF RICHARDSON, LLC, Appellant**

**V.**

**JOSEPH RICH, AS NEXT FRIEND FOR JESSE MAE RICH, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00480**

## ORDER

Before the Court is appellee's unopposed motion for extension of time to file appellee's brief and request to postpone oral argument scheduled for May 29, 2019. We **GRANT** appellee's motion for extension of time to file it brief. Appellee's brief is due **May 13, 2019**. At this time, we **DENY** appellee's request to postpone oral argument scheduled for May 29, 2019. Should the parties finalize a settlement agreement prior to argument, a motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a) may be filed.

/s/     DAVID L. BRIDGES
         PRESIDING JUSTICE